```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 30762
   SAMANTHA ANN KANAKES
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-1026


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/18/04 and confirmed on 10/15/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  44240.00 .

    4.  The Trustee made disbursements to creditors as follows:


----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
----------------------------------------------------------------------
CITIMORTGAGE               CURRENT MORTG   22256.98         .00         22256.98
BECKET & LEE LLP           UNSECURED        4412.56         .00          1045.63
ROUNDUP FUNDING LLC        UNSECURED       29377.17         .00          6961.38
RESURGENT CAPITAL SERVIC   UNSECURED       21226.53         .00          5029.96
ECAST SETTLEMENT CORPORA   UNSECURED        8185.16         .00          1939.60
ECAST SETTLEMENT CORPORA   UNSECURED       14826.74         .00          3513.43
US BANK                    SECURED             .00          .00             .00
        Summary of disbursements:
----------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED  22256.98      .00       78028.16       .00        100285.14
PRINCIPAL PAID      22256.98      .00       18490.00       .00         40746.98
INTEREST PAID           .00       .00           .00        .00             .00
TOTAL PAID          22256.98      .00       18490.00       .00         40746.98
The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   2700.00
and was paid $   1000.00  direct and $   1700.00  through the plan.

The Trustee received $   1793.02 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 11/16/07                        /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 04 B 30762 SAMANTHA ANN KANAKES
```